William P. Ramey, III (*admitted pro hac vice*)
Texas Bar No. 24027643
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

John B. Thomas
SBN 269538
Hicks Thomas LLP
8801 Folsom Boulevard, Ste. 172
Sacramento, California 95826
(916) 388-0822 (telephone)
(916) 691-3261 (fax)
jthomas@hicks-thomas.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Equity Management (SA) Pty. Ltd.<br><br>Plaintiff,<br><br>vs.<br><br>Alibaba.com, Inc. et al.,<br><br>Defendants. | Case No.   3:17-cv-02177-WHA<br><br>**WILLIAM P. RAMEY, III AND JOHN THOMAS'S NOTICE OF MOTION AND OPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date:       July 27, 2017<br>Time:      8:00 a.m.<br>Judge:     The Hon. William Alsup |

1

Notice of Motion and Opposed Motion to Withdraw as Counsel for Plaintiff and [Proposed] Order**;**
**CASE NO. 3:17-CV-02177-WHA**

## NOTICE OF MOTION

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Thursday, July 27, 2017, at 8:00 a.m., or as soon therafter as the matter may be heard before the Honorable William Alsup, United States District Judge, Courtroom 8, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102, William P. Ramey, III of Ramey & Schwaller, L.L.P., 5020 Montrose Blvd., Suite 750, Houston, Texas 77006, and John Thomas of Hicks Thomas, LLP, 8801 Folsom Boulevard, Ste. 172, Sacramento, California 95826, shall and hereby do respectfully seek leave of this Court, pursuant to LOCAL R. 11-5 and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as counsel for Plaintiff Global Equity Management (SA) Pty. Ltd. ("GEMSA") in the above-captioned matter and that ECF notifications to them be terminated in connection with this case.

## OPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to LOCAL R. 11-5, William P. Ramey, III and John Thomas hereby notify the parties and the Court of their intention to withdraw as counsel for Plaintiff GEMSA. Movants state the following grounds for this notice and motion:

1. This Court granted me, William P. Ramey, III, leave to appear pro hac vice in this action pursuant to its order dated May 2, 2017.

2. John Thomas appeared in this case on behalf of Plaintiff GEMSA also on May 2, 2017.

3. After assisting GEMSA through the litigation activities, I notified Schumann Rafizadeh ("Rafizadeh") on June 2, 2017, that I would be filing a motion to withdraw as counsel on or about June 15, 2017.

4. I forwarded copies of the motions to withdraw to Mr. Rafizadeh of GEMSA on June 13, 2017.

3. Rafizadeh did not respond to the communication. However, on June 14, 2017, Rafizadeh's new counsel Ed Rothberg of Hoover Slovacek sent a letter terminating the engagement effective 30 days from June 14, 2017, i.e. July 14, 2017.

4.      William P. Ramey, III of Ramey & Schwaller, LLP and John Thomas of Hicks Thomas LLP move the Court for permission to withdraw as counsel of record for GEMSA as GEMSA has not fulfilled their obligations under the engagement agreement with Ramey & Schwaller, LLP and Hicks Thomas LLP and due to a breakdown in communication and understanding between Ramey & Schwaller, LLP, Hicks Thomas LLP, and GEMSA as to the purpose and meaning of legal representation.  For these reasons, it is impossible for Ramey & Schwaller, LLP and Hicks Thomas LLP to effectively represent GEMSA in this matter.

5.      William P. Ramey, III of Ramey & Schwaller, LLP and John Thomas of Hicks Thomas LLP have taken reasonable steps to avoid any foreseeable prejudice to the rights of GEMSA.  A copy of this motion has been provided to GEMSA and GEMSA is aware that it needs to retain private counsel as GEMSA cannot represent itself.

6.      William P. Ramey, III has notified GEMSA of the case status and will send Rafizadeh a 30-day docket if the Court grants this motion.

7.      William P. Ramey, III of Ramey & Schwaller, LLP and John Thomas of Hicks Thomas stand ready to deliver to GEMSA all papers and property to which the client is entitled.

8.      The last known address for GEMSA is 458 Morphett Road, Warradale, South Australia 5046.  The address for GEMSA's new counsel is Hoover Slovacek, 5051 Westheimer, Suite 1200, Houston, Texas 77056.

The withdrawal of Mr. Ramey and Mr. Thomas will not have a detrimental effect on GEMSA or its representation in this case, nor will it cause any delay in this proceeding or prejudice any party as the cases are presently stayed and there are no current docket dates.  Accordingly, there is adequate time for GEMSA to obtain new counsel in California.  Further, GEMSA has new counsel at least in Texas.

The undersigned has conferred with counsel for Defendants, and Defendants oppose this request.

///

///

///

1  DATED: June 15, 2017                    Respectfully submitted,

2                                          **Ramey & Schwaller, LLP**

3                                    By: /s/ William P. Ramey, III
                                         William P. Ramey, III
4                                        Texas Bar No. 24027643
                                         5020 Montrose Blvd., Suite 750
5                                        Houston, Texas 77006
                                         (713) 426-3923 (telephone)
6                                        (832) 900-4941 (fax)
                                         wramey@rameyfirm.com
7
                                         **Hicks Thomas LLP**
8

9
                                    By: _____
10
                                         John B. Thomas
11                                       SBN 269538
                                         8801 Folsom Boulevard, Ste. 172
12                                       Sacramento, California 95826
                                         (916) 388-0822 (telephone)
13                                       (916) 691-3261 (fax)
                                         jthomas@hicks-thomas.com
14
                                         **Attorneys for GEMSA**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed electronically with the Clerk of Court via the CM/ECF system, has been served on the parties listed below in accordance with the Federal Rules of Civil Procedure on this 15th day of June 2017.

John B. Thomas

| | |
|---|---|
| GEMSA<br>c/o Ed Rothberg<br>Hoover Slovacek<br>5051 Westheimer, Suite 1200<br>Houston, TX 77056<br>rothberg@hooverslovacek.com | Brett Nelson Watkins<br>Jeffrey S. Gerchick<br>Quinn, Emanuel, Urquhart & Sullivan LLP<br>777 6th Street, Nw 11th Floor<br>Washington , DC  20001<br>brettwatkins@quinnemanuel.com<br>jeffgerchick@quinnemanuel.com |
| Gregory Blake Thompson<br>James Mark Mann<br>Mann Tindel & Thompson<br>300 W. Main<br>Henderson , TX  75652<br>blake@themannfirm.com<br>mark@themannfirm.com | Carey R. Ramos<br>Quinn, Emanuel, Urquhart & Sullivan LLP<br>1307-08 Two Exchange Square<br>8 Connaught Place<br>Hong Kong<br>careyramos@quinnemanuel.com |
| Nathan N Sun<br>Quinn Emanuel Urquart and Sullivan LLP<br>555 Twin Dolphin Drive<br>Redwood Shores , CA  94065<br>nathansun@quinnemanuel.com | Jennifer A. Kash<br>Quinn Emanuel Urquhart & Sullivan , LLP<br>50 California Street, 22nd Floor<br>San Francisco , CA  94111<br>jenniferkash@quinnemanuel.com |
| | Bryan J. Sinclair<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto , CA  94304<br>bryan.sinclair@klgates.com |