William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
David A. Randall (SBN 156722)
drandall@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

Attorneys for Plaintiff
GLOBAL EQUITY MANAGEMENT
 (SA) PTY. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Global Equity Management (SA) Pty. Ltd.,<br><br>　　　　Plaintiff,<br>v.<br>Alibaba.com, Inc. et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-02177-WHA<br><br>**NOTICE OF APPEARANCE OF WILLIAM E. THOMSON, JR.**<br><br>**Judge:  Hon. William H. Alsup** |

1  PLEASE TAKE NOTICE that William E. Thomson, Jr. hereby enters an appearance as
2  counsel of record on behalf of Plaintiff Global Equity Management (SA) Pty. Ltd. in the above-
3  entitled action and requests that all papers and pleadings be served upon the undersigned attorney
4  at the address below.

Dated: September 5, 2017    Respectfully submitted,

BROOKS KUSHMAN P.C.

By:/s/ William E. Thomson, Jr.
William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
Brooks Kushman P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

*Attorneys for Plaintiff Global Equity Management (SA) Pty. Ltd.*

1

NOTICE OF APPEARANCE OF
WILLIAM E. THOMSON, JR.
3:17-cv-02177-WHA

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  September 5, 2017            /s/ William E. Thomson, Jr.
                                     William E. Thomson, Jr.