William E. Thomson (SBN 47195)
wthomson@brookskushman.com
David A. Randall (SBN 156722)
drandall@brookskushman.com
BROOKS KUSHMAN P.C.
601 S. Figueroa, Suite 2080
Los Angeles, CA 90027-5780
Tel.: (213) 622-3003
Fax: (213) 622-3053

Attorneys for Plaintiff
GLOBAL EQUITY MANAGEMENT
  (SA) PTY. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Global Equity Management (SA) Pty. Ltd., <br><br> Plaintiff, <br> v. <br> Alibaba.com, Inc. et al., <br><br> Defendants. | Case No. 3:17-cv-02177-WHA <br><br> **NOTICE OF APPEARANCE OF DAVID A. RANDALL** <br><br> **Judge:  Hon. William H. Alsup** |

1  PLEASE TAKE NOTICE that David A. Randall hereby enters an appearance as counsel
2 of record on behalf of Plaintiff Global Equity Management (SA) Pty. Ltd. in the above-entitled
3 action and requests that all papers and pleadings be served upon the undersigned attorney at the
4 address below.

7  Dated: September 5, 2017    Respectfully submitted,

   BROOKS KUSHMAN P.C.

   By: /s/ David A. Randall
   David A. Randall (SBN 156722)
   drandall@brookskushman.com
   Brooks Kushman P.C.
   601 S. Figueroa, Suite 2080
   Los Angeles, CA 90027-5780
   Tel.: (213) 622-3003
   Fax: (213) 622-3053

   *Attorneys for Plaintiff Global Equity Management (SA) Pty. Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated:  September 5, 2017            /s/ David A. Randall
                                     David A. Randall