IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.

No. C 17-02177 WHA
No. C 17-02178 WHA
No. C 17-02435 WHA

**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTIONS TO WITHDRAW**

/

In 2015 and 2016, plaintiff Global Equity Management (SA) Pty. Ltd. (GEMSA), represented by Attorney William Ramey, brought the three above-captioned patent infringement actions in the Eastern District of Texas against various defendants. These actions transferred to our district in April 2017. Attorney John Thomas appeared for GEMSA shortly thereafter.

Attorneys Ramey and Thomas then filed motions to withdraw as counsel from all three actions. All defendants opposed on the bases that (1) GEMSA, as a corporation, cannot appear in these actions without counsel, and (2) Attorney Ramey allegedly pursued these actions in an abusive manner and should not be permitted to escape the possible imposition of sanctions at the end of litigation by withdrawing now.

Both issues have since been defused. In their reply briefs, Attorneys Ramey and Thomas agreed that their withdrawal, if permitted, would not terminate the Court's authority to award any appropriate sanctions against either of them. Additionally, Attorneys William Thomson, Jr., and David Randall have appeared as new counsel for GEMSA in all three actions.

Accordingly, Attorneys Ramey and Thomas's motions to withdraw as counsel from all three actions are **GRANTED**, save and except that the Court will retain jurisdiction over them to entertain any motions for sanctions or further relief at the end of said actions.

**IT IS SO ORDERED.**

Dated: September 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE