James A. Murphy (SBN 062223)
JMurphy@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1032
T: (415) 788-1900 / F: (415) 393-8087

William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
RAMEY & SCHWALLER, LLP
5020 Montrose Blvd., Suite 750
Houston, TX 77006
T: (713) 426-3923 / F: (832) 900-4941

Richard N. Laminack
Texas Bar No. 11850350
rickl@lpm-triallaw.com
LAMINACK, PIRTLE & MARTINES, L.L.P.
5020 Montrose Blvd., 9th Floor
Houston, TX 77006-6533
T: (713) 292-2750 / F: (713)292-2755

*Attorneys for "Counsel"*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>Plaintiff,<br>v.<br><br>ALIBABA GROUP HOLDING, LTD., ET AL.,<br><br>Defendants. | Case No. 3:17-cv-02177-WHA<br>Case No. 3:17-cv-02178-WHA<br>Case No. 3:17-cv-02435-WHA<br><br>**RAMEY & SCHWALLER, LLP ATTORNEYS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>**Judge: Hon. William H. Alsup**<br><br>**Telephonic Hearing Date: August 6, 2020**<br>**Time:                                  8:00 a.m.** |

1  Pursuant to Civil L.R. 7-11 and Civil L.R. 79-5, Attorneys for Ramey & Schwaller, LLP ("R&S Attorneys") respectfully file this Administrative Motion for Leave to File Under Seal. GEMSA Attorneys move to seal portions of their Responsive Brief in Opposition to Defendants' Motion for Entitlement to Attorneys' Fees and Costs, and certain exhibits thereto.

Portions of R&S Attorneys' supporting declaration's exhibits thereto, reference or reproduce documents and deposition testimony that have been designated as highly confidential by the parties who produced that information. Specifically, these documents contain confidential and sensitive business information belonging to Defendants eBay, Inc. has been designated non-public, commercially sensitive information subject to the confidentiality provisions of the operative protective order. These documents are therefore properly sealable to avoid commercial harm or unfair competitive disadvantage. *See Kamakana v. City and Cty. Of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that certain types of non-public, commercially sensitive documents may be protected from public disclosure). Rule 26 of the Federal Rules of Civil Procedure provides district courts with broad discretion to seal filed materials in order to protect, among other things, "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(g).

Further, the sealing sought is narrowly tailored and specific to the information specifically designated under the operative protective order. Where possible, R&S Attorneys have endeavored to redact confidential portions of documents, rather than file full documents under seal.  R&S Attorneys move to seal certain exhibits, specifically exhibits 34a, 34b, and 34c, to the Declaration of William P. Ramey, III filed in support of their response to Defendants' Motion for Entitlement to Attorneys' Fees and Costs.

Dated: July 2, 2020

Respectfully submitted,

**MURPHY, PEARSON, BRADLEY & FEENEY**

By: */s/ James A. Murphy*
James A. Murphy (SBN 062223)
JMurphy@mpbf.com
580 California Street, Suite 1100
San Francisco, CA 94104-1032

RAMEY & SCHWALLER ATTORNEYS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL
3:17-cv-02177-WHA
3:17-cv-02178-WHA
3:17-cv-02435-WHA

T: (415) 788-1900 / F: (415) 393-8087

**RAMEY & SCHWALLER, LLP**

By: */s/ William P. Ramey, III*
William P. Ramey, III
wramey@rameyfirm.com
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 750
Houston, TX 77006
T: (713) 426-3923 / F: (832) 900-4941

**LAMINACK, PIRTLE & MARTINES, L.L.P.**

By: */s/ Richard N. Laminack*
Richard N. Laminack
rickl@lpm-triallaw.com
Texas Bar No. 11850350
5020 Montrose Blvd., 9th Floor
Houston, TX 77006-6533
T: (713) 292-2750 / F: (713)292-2755

*Attorneys for "Counsel"*

## ATTESTATION OF FILING

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  July 2, 2020          By:  */s/ James A. Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.  Copies of all under seal filings have been served on counsel of record.

Dated:  July 2, 2020          By:  */s/ James A. Murphy*

RAMEY & SCHWALLER ATTORNEYS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL
3:17-cv-02177-WHA
3:17-cv-02178-WHA
3:17-cv-02435-WHA