1  James A. Murphy (SBN 062223)
   JMurphy@mpbf.com
2  MURPHY, PEARSON, BRADLEY & FEENEY
   580 California Street, Suite 1100
3  San Francisco, CA 94104-1032
   T: (415) 788-1900 / F: (415) 393-8087
4
5  William P. Ramey, III
   Texas Bar No. 24027643
6  wramey@rameyfirm.com
   RAMEY & SCHWALLER, LLP
7  5020 Montrose Blvd., Suite 750
   Houston, TX 77006
8  T: (713) 426-3923 / F: (832) 900-4941

9  Richard N. Laminack
   Texas Bar No. 11850350
10 rickl@lpm-triallaw.com
   LAMINACK, PIRTLE & MARTINES, L.L.P.
11 5020 Montrose Blvd., 9th Floor
   Houston, TX 77006-6533
12 T: (713) 292-2750 / F: (713)292-2755

   *Attorneys for "Counsel"*
13

14

15                **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17

18 GLOBAL EQUITY MANAGEMENT
   (SA) PTY. LTD.,
19
                                          Case No. 3:17-cv-02177-WHA
           Plaintiff,                     Case No. 3:17-cv-02178-WHA
20 v.                                     Case No. 3:17-cv-02435-WHA

21 ALIBABA GROUP HOLDING, LTD., ET
   AL.,                                   **JOINT DECLARATION OF MARK A.**
22                                        **CANTOR, WILLIAM P. RAMEY, III**
           Defendants.                    **AND RICHARD N. LAMINACK**
23                                        **RESPONDING TO ORDER RE**
                                          **PLAINTIFFS' FAILURE TO RESPOND**
24                                        **TO DEFENDANTS' MOTION FOR FEES**

25                                        **Judge:  Hon. William H. Alsup**

26                                        **Telephonic Hearing Date:  August 6, 2020**
                                          **Time:                      8:00 a.m.**
27

28

---

DECLARATION OF MARK A. CANTOR
Case Nos. 3:17-cv-02177-WHA; 3:17-cv-02178-WHA; 3:17-cv-02435-WHA

1.      My name is Mark A. Cantor.  I am a shareholder with the firm of Brooks Kushman P.C.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.  I could competently testify to the facts and circumstances set forth herein.  I submit this Declaration in response to the Court's Order re Plaintiffs' Failure to Respond to Defendants' Motion for Fees (DN 175).[1]

2.      My name is William P. Ramey, III.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.  If called as a witness, I could competently testify to the facts and circumstances set forth herein. I submit this Declaration in response to the Court's Order re Plaintiffs' Failure to Respond to Defendants' Motion for Fees (DN 175).

3.      My name is Richard Laminack.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.  If called as a witness, I could competently testify to facts and circumstances set forth herein.  I submit this Declaration in response to the Court's Order re Plaintiff's Failure to Respond to Defendants' Motion for Fees (DN 175).

4.      On the afternoon of Tuesday, July 28, 2020, Mr. Cantor received the Court's Order re Plaintiff's Failure to Respond to Defendants' Motion for Fees.

5.      After receipt of the Order, Mr. Cantor immediately sent the Order to Schumann Rafizadeh, Managing Director of GEMSA, by email.

6.      On Wednesday, July 29, 2020. Mr. Cantor received a return email from Mr. Rafizadeh acknowledging receipt of the Order.

7.      On July 29, 2020, Mr. Cantor called Mr. Ramey and Mr. Laminack to inform them that Mr. Rafizadeh had been sent the Order, and had acknowledged receipt thereof.

8.      On the same day, Mr. Cantor sent a copy of this Joint Declaration to Mr. Ramey and Mr. Laminack for their review and approval.

9.      Mr. Ramey and Mr. Laminack have reviewed and approved this Declaration.

---

[1] Civil Action No. 3:17-cv-02177-WHA

DECLARATION OF MARK A. CANTOR
Case Nos. 3:17-cv-02177-WHA; 3:17-cv-02178-WHA; 3:17-cv-02435-WHA

1    We declare under penalty of perjury that the foregoing is true and correct.

2

3    Dated:  July 29, 2020

4                                                        _____
                                                         Mark A. Cantor
5

6

7    Dated:  July 29, 2020

8                                                        _____
                                                         William P. Ramey, III
9

10
     Dated:  July 29, 2020
11                                                       _____
                                                         Richard N. Laminack
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2
     DECLARATION OF MARK A. CANTOR
     Case Nos. 3:17-cv-02177-WHA; 3:17-cv-02178-WHA; 3:17-cv-02435-WHA