James A. Murphy (SBN 062223)
JMurphy@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA 94104-1032
T: (415) 788-1900 / F: (415) 393-8087

William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
RAMEY & SCHWALLER, LLP
5020 Montrose Blvd., Suite 750
Houston, TX 77006
T: (713) 426-3923 / F: (832) 900-4941

Richard N. Laminack
Texas Bar No. 11850350
rickl@lpm-triallaw.com
LAMINACK, PIRTLE & MARTINES, L.L.P.
5020 Montrose Blvd., 9th Floor
Houston, TX 77006-6533
T: (713) 292-2750 / F: (713)292-2755

*Attorneys for "Counsel"*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL EQUITY MANAGEMENT (SA) PTY. LTD.,<br><br>Plaintiff,<br>v.<br><br>ALIBABA GROUP HOLDING, LTD., ET AL.,<br><br>Defendants. | Case No. 3:17-cv-02177-WHA<br>Case No. 3:17-cv-02178-WHA<br>Case No. 3:17-cv-02435-WHA<br><br>**NOTICE OF GEMSA'S RESPONSE TO ORDER RE PLAINTIFF'S FAILURE TO RESPOND TO DEFENDANTS' MOTION FOR FEES (DKT. NO. 175)**<br><br>**Judge: Hon. William H. Alsup**<br><br>**Telephonic Hearing Date: August 6, 2020**<br>**Time:                                         8:00 a.m.** |

Notice of GEMSA's Response to Order re Plaintiff's
Failure to Respond to Defendants' Motion for Fees
Case Nos. 3:17-cv-02177-WHA; 3:17-cv-02178-WHA; 3:17-cv-02435-WHA

1  Please take Notice that GEMSA has asked that the attached email of Exhibit 1 be forwarded
2  to the Court in response to this Court's Order of July 28, 2020 (Dkt. No. 175).

Dated: August 3, 2020                     Respectfully submitted,

**MURPHY, PEARSON, BRADLEY & FEENEY**

By: */s/ James A. Murphy*
James A. Murphy (SBN 062223)
JMurphy@mpbf.com
580 California Street, Suite 1100
San Francisco, CA 94104-1032
T: (415) 788-1900 / F: (415) 393-8087

*Attorneys for "Counsel"*

---

1
Notice of GEMSA's Response to Order re Plaintiff's
Failure to Respond to Defendants' Motion for Fees
Case Nos. 3:17-cv-02177-WHA; 3:17-cv-02178-WHA; 3:17-cv-02435-WHA